IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rashon Markell Pike, | ) |
| Plaintiff, | ) NO. 12 C 0094 |
| v. | ) Judge Edmond E. Chang |
| John Foster, et al. | ) |
| Defendants | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Peter Kanaris
Attorney for Plaintiff, Rashon Markell Pike
Fisher Kanaris, P.C.
One South Wacker Drive, 31st Floor
Chicago, Illinois 60606
(312) 474-1400
Attorney No. 40798
FEIN: —
DATE: 6.16.16

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY:
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 6/20/16

Julian Johnson
Assistant Corporation Counsel
Attorney for Defendant, Lester Vaughn
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 6306259
DATE: 6/20/16